# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-1658
_____

C.E., Father of A.R.H., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson III, Judge.

September 9, 2021


PER CURIAM.

AFFIRMED. *See B.T. v. Dep't of Child. & Fams.*, 300 So. 3d 1273, 1285 (Fla. 1st DCA 2020); *T.D. v. Dep't of Child. & Fams.*, 187 So. 3d 365, 369 (Fla. 5th DCA 2016).

RAY, OSTERHAUS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee for Appellee Department of Children and Families.

Thomasina F. Moore and Sara Elizabeth Goldfarb, Guardian ad Litem Office, Tallahassee, and Cody L. Frank, Guardian ad Litem Office Defending Best Interests Project, Brown Sims, P.C., Coral Gables, for Guardian ad Litem Program.